# EXHIBIT 2

# McGARRY & SIMON
ATTORNEYS AT LAW
317 MADISON AVENUE
NEW YORK, N.Y. 10017-5021
(212) 867-0100

FACSIMILE
(212) 867-3243

September 16, 2003

DePrisco, Frank, Inc.
d/b/a DePrisco Jewelers
333 Washington Street, Suite 400
Boston, MA 02108-5182

Dear Sirs:

*[handwritten: Henry Stern Watch Agency — Corresp]*

    Our client, Patek Philippe, has been informed that you still use awnings in front of your premises bearing the name and logo of Patek Philippe.

    Some four and one-half years ago you were discontinued as a Patek Philippe dealer. However, you are currently using the name and logo of our client. The clear implication of these awnings is that you are an authorized Patek Philippe dealer.

    Unless you immediately remove the name and logo of our client, Patek Philippe will take the necessary steps to legally prevent your unauthorized and misleading use of its name and logo.

    We trust that this will not be necessary. Please advise us of the steps you propose to take as quickly as possible.

Very truly yours,

James McGarry

JM/maj