EXHIBIT 3

## MCGARRY & SIMON

ATTORNEYS AT LAW
317 MADISON AVENUE
NEW YORK, N.Y. 10017-5021
(212) 867-0100

FACSIMILE
(212) 867-3243

November 14, 2003

Mr. Albert De Prisco
De Prisco Jewelers
178 Linden Plaza
Wellesley, MA 02181

Dear Sirs:

In accordance with our conversation of last week, I discussed with Hank Edelman the issue of back order watches. Hank tells me there are no back orders that are pending. He also said that the relationship with your company terminated in 1999. Therefore, no further watches will be forwarded to you.

Hank also reasserts the need to have your awning bearing Patek Philippe's name and trademark removed.

Unless this occurs by December 18, 2003, I have been instructed to contact Massachusetts counsel to commence a proceeding to compel the removal of the awning.

Very truly yours,

James McGarry

JM/maj

Registration