# EXHIBIT 4

# PALMER & DODGE LLP

111 HUNTINGTON AVENUE AT PRUDENTIAL CENTER
BOSTON, MA 02199-7613

LAURIE S. GILL
617.239.0186
lgill@palmerdodge.com

February 25, 2004

**By First-Class Mail**

Mr. Albert DePrisco
DePrisco Jewelers
178 Linden Plaza
Wellesley, MA  02181

Re:   Trademark and Trade Dress Infringement – Patek Philippe

Dear Mr. DePrisco:

  This law firm is Massachusetts litigation counsel for Patek Philippe ("Patek Philippe" or "the company"), the world-renowned Swiss watchmaker. This letter constitutes formal notice to you to cease and desist your trademark infringement and unfair competition through your unauthorized use of the Patek Philippe trademarked name and logo.

  Founded in 1839, Patek Philippe has been a leader and innovator in the Swiss watch-making industry for over 150 years, and has had a registered trademark in the United States since 1950. The company led the development of timepieces in the late 19th century, and pioneered the use of quartz technology in the 1950s. The company prides itself on adhering to the requirements of the Geneva Seal, the most demanding standard for watch-making in the world. Over time, Patek Philippe has become renowned as a manufacturer of timepieces, watches and clocks, whose customers have included many famous figures throughout history, including Albert Einstein, Marie Curie, Charlotte Bronte and Tchaikovsky.

  It has come to our attention that you are currently displaying the Patek Philippe name and trademark at your DePrisco Jewelers store. As you are well aware, your company ceased to be an authorized Patek Philippe dealer in 1999. New York counsel McGarry & Simon has already twice contacted you and requested that you cease to use the Patek Philippe name and trademark. Your continued use of the Patek Philippe name and logo constitutes unfair competition and false designation of origin under section 43(a) of the Lanham Act, 15 U.S.C. § 1125, as well as trademark infringement, dilution and unfair competition under both federal and states statutes.

  On behalf of Patek Philippe, we demand that you immediately (i) cease and desist from any infringement of the Patek Philippe mark by immediate removing the Patek Philippe name and logo from any portion of your store or business, including but not limited to any awnings, signs or other displays on, in, or around the store; (ii) cease engaging in any other activity that implies that you are in any way an authorized dealer or otherwise associated with Patek Philippe; and (iii) provide

DePrisco Jewelers
February 25, 2004
Page 2

written assurance that you will not in the future, under any circumstances, infringe on the mark Patek Phillipe or otherwise unfairly compete with Patek Philippe.

Please provide me with a written confirmation of your compliance with the above demands on or before March 12, 2004. If we do not receive a constructive response by the deadline, we have been authorized by our client to take any action without prior notice to you, including filing suit seeking damages, injunctive relief and attorneys' fees.

Very truly yours,

Laurie S. Gill