UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE HENRI STERN WATCH AGENCY, INC.<br><br>      Plaintiff,<br><br> v.<br><br>DEPRISCO, A M INC. d/b/a DEPRISCO JEWELERS,<br><br>      Defendant. | Civil Action<br>No. 04-10607-GAO |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiff The Henry Stern Watch Agency, Inc. hereby voluntarily dismisses the above action without prejudice, no answer or motion for summary judgment having been served by the defendant.

                 THE HENRI STERN WATCH
                 AGENCY, INC., d/b/a PATEK
                 PHILIPPE
                 By its attorneys,

                 s/ Brenda M. Ulrich
                 Laurie S. Gill (BBO #192060)
                 Brenda M. Ulrich (BBO #651424)
                 PALMER & DODGE LLP
                 111 Huntington Avenue
                 Boston, MA 02199
                 (617) 239-0100

April 16, 2004